JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4820
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHELE BOLIN,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

Case No. 5:20-cv-02303-SP

JUDGMENT OF REMAND

The Court, having granted the parties' Joint Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Joint Motion") lodged concurrent with the lodging of a proposed Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Joint Motion.

DATED: October 27, 2021

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE